**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL WOOD, on behalf of himself and all others similarly situated, | ) | Case No.: 1:26-cv-00357 |
| Plaintiffs, | ) | |
| v. | ) | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Naked Whey, Inc., | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed without prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: August 14, 2026

Respectfully submitted,

**/s/ Alison Chan**
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
D: (929) 442-2154
Email: Achan@ealg.law
*Attorneys for Plaintiff*

**/s/ Tahany Alsabahi**
Tahany Alsabahi (ARDC No. 6343038)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone: 312.715.5746
tahany.alsabahi@hklaw.com

*Attorney for Naked Whey, Inc.*